**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF NEW YORK
418 UNITED STATES COURTHOUSE
68 COURT STREET
BUFFALO, NEW YORK 14202-3477

H. KENNTH SCHROEDER, Jr.
UNITED STATES MAGISTRATE JUDGE

(716) 551-3301

February 18, 2009



FILED

FEB 2 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Clerk of the Court
United States District Court
Eastern District of California
United States Courthouse
501 I Street
Sacramento, CA 95814

      Re:    U.S. v Christopher J. Warren a/k/a Mark A. Seagrave
             2:09-MJ-0046 KJM - E.D.Ca.
             09-M-21 - W.D.N.Y.

Dear Clerk:

      Please acknowledge receipt of the enclosed Rule 5 documents in the above-referenced case by signing and returning the enclosed copy of this letter.

                                      Very truly yours,

                                 By:    Llane M. Guidotti
                                         Deputy Clerk

Receipt acknowledged of documents herein described.

By: _____
                   Deputy Clerk

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America )<br>v. )<br>CHRISTOPHER J. WARREN a/k/a Mark A. Seagrave )<br>_____ )<br>*Defendant* ) | Case No. 09-M-21<br><br>Charging District's Case No. 2:09-MJ-0046KJM |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Eastern District of California

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2/11/2009

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Roxanne M. Johnson
*Printed name of defendant's attorney*

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
MICHAEL J. ROEMER, CLERK

By _____
Deputy Clerk

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER J. WARREN a/k/a Mark A. Seagrave<br><br>*Defendant* | )<br>)<br>)  Case No.  09-M-21<br>)<br>)<br>)  Charging District's<br>)  Case No.  2:09-MJ-0046KJM |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the  Eastern  District of  California  .

The defendant may need an interpreter for this language: _____

The defendant:  ☒ will retain an attorney.
                ☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: February 11, 2009

_____
Judge's signature

H. Kenneth Schroeder, Jr.
*Printed name and title*
U.S. Magistrate Judge, W.D.N.Y.
ATTEST. A TRUE COPY
U.S. DISTRICT COURT, WDNY
MICHAEL J. ROEMER, CLERK

By _____
Deputy Clerk

CLOSED_2009

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CRIMINAL DOCKET FOR CASE #: 1:09-mj-00021-HKS-1
### Internal Use Only

Case title: USA v. Warren

Date Filed: 02/18/2009
Date Terminated: 02/18/2009

Assigned to: Hon. H. Kenneth Schroeder, Jr

**Defendant (1)**

**Christopher J. Warren**
*TERMINATED: 02/18/2009*
also known as
Mark A. Seagrave
*TERMINATED: 02/18/2009*

represented by **Roxanne Mendez Johnson**
Federal Public Defender
300 Pearl Street
Suite 450
Buffalo, NY 14202
716-551-3341
Fax: 716-551-3346
Email: roxanne_johnson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Waived or Self (Pro Se)

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
MICHAEL J. ROEMER, CLERK

By _____
Deputy Clerk

**Highest Offense Level (Terminated)**

None

**Complaints**

Defendant arrested on complaint and warrant issued in Eastern District of California

**Disposition**

02-11-09: Defendant remanded to U.S. Marshals Service for transport to Eastern District of California for further proceedings

**Plaintiff**

**USA**   represented by   **Paul J. Campana**
U.S. Attorney's Office
Federal Centre
138 Delaware Avenue
Buffalo , NY 14202
716-843-5819
Fax: 716-551-3052
Email: paul.j.campana@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2009 | | Minute Entry for proceedings held before Hon. H. Kenneth Schroeder, Jr:Initial Appearance in Rule 5(c)(3) Proceedings as to Christopher J. Warren held on 2/11/2009. Defendant waived identity hearing, Rule 5 preliminary hearing and detention hearing but reserved right to assert a claim as to identity and his right to have a preliminary hearing in the Eastern District of California. Defendant remanded to the custody of the U.S. Marshals Service for return to the Eastern District of California. (Court Reporter FTR Gold.) (LMG) (Entered: 02/18/2009) |
| 02/11/2009 | 1 | WAIVER of Rule 5(c)(3) Hearing by Christopher J. Warren (LMG) (Entered: 02/18/2009) |
| 02/11/2009 | 2 | COMMITMENT TO ANOTHER DISTRICT as to Christopher J. Warren. Defendant committed to Eastern District of California. Signed by Hon. H. Kenneth Schroeder, Jr on 2/11/09.(LMG) (Entered: 02/18/2009) |
| 02/11/2009 | | Defendant remanded to U.S. Marshals Service for transport to Eastern District of California for further proceedings. (LMG) (Entered: 02/18/2009) |
| 02/18/2009 | | Attorney update in case as to Christopher J. Warren. Attorney Roxanne Mendez Johnson for Christopher J. Warren added. (LMG) (Entered: 02/18/2009) |
| 02/18/2009 | | Arrest (Rule 40) of Christopher J. Warren (LMG) (Entered: 02/18/2009) |
| 02/18/2009 | | Remark: Rule 5 documents sent to Eastern District of California. (LMG) (Entered: 02/18/2009) |
| 02/18/2009 | | (Court only) ***Terminated defendant Christopher J. Warren, pending deadlines, and motions., ***Case Terminated., ***Set/Clear Flags as to Christopher J. Warren, ***Location start as to Christopher J. Warren (LMG) (Entered: 02/18/2009) |